**Timothy S. WILLBANKS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64213.**

Missouri Court of Appeals,
Western District.

July 26, 2005.

Jeannie M. Willibey, Kansas City, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before SMART, P.J., HOLLIGER and HARDWICK, JJ.

## *ORDER*

PER CURIAM.

Timothy Willbanks appeals from the denial of his Rule 29.15 motion after an evidentiary hearing. Upon review of the record, we find no error and affirm the motion court's judgment. We have provided the parties with a Memorandum explaining the reasons for our decision, be-

cause a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b).